ORIGINAL

FILED

09/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0221

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0221

_____

PETER GRIGG,

      Plaintiff and Appellant,

    v.

ALISON PAUL, Executive Director, and
MONTANA LEGAL SERVICES
ASSOCIATION,

      Defendant and Appellee.

_____

FILED

SEP 0 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

 O R D E R

      Peter Grigg moves this Court to stay his instant appeal. Through counsel, Alison Paul, Chief Executive Officer of the Montana Legal Services Association (hereinafter Alison), responds in opposition.

      Peter explains that he has been "working diligently to complete the Appellant's Opening Brief in a timely fashion[.]" He adds that he is unable to complete it under the current schedule. He contends that this Court has not given him the latitude as other litigants when it denied him any further extensions of time to file his opening brief. He mentions his other cases in other courts.

      Alison points out that Peter has not complied with this Court's Appellate Rules of Procedure. M. R. App. P. 26. Alison states that "a party may move for and be granted one 30-day extension of time in which to file a brief . . . ." M. R. App. P. 26(1). After that, Alison further states that a party must comply with M. R. App. P. 26(2), showing "exercised diligence" and "substantial need for the extension[.]" Alison concludes that this Court has already afforded Peter latitude by granting him two extensions of time, along with a warning about no more further extensions, and that Peter has had ample time to draft his brief. Alison requests that this Court deny his motion.

Peter filed his Notice of Appeal with this Court on May 2, 2022, and this Court received the record on June 6, 2022. As Alison submits, this Court has granted both motions for extension of time.

Peter's request for a stay of this appeal is untimely and inappropriate. M. R. App. P. 22. Peter, on his own behalf, chose to seek the appeal. "It is reasonable to expect all litigants, including those acting pro se, to adhere to the procedural rules." *First Bank (N.A.)-Billings v. Heidema*, 219 Mont. 373, 376, 711 P.2d 1384, 1386 (1986). Peter must adhere to the procedural rules to the best of his ability. Peter's cases in other courts do not concern this Court when he has appealed a decision from a Montana District Court. Therefore,

IT IS ORDERED that Peter's Motion for a Stay is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Peter Grigg personally.

DATED this ____ day of September, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2